**Order filed October 30, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00204-CR

_____

### NEVA JANE GONZALES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1376224**

## ORDER

Appellant is represented by appointed counsel, J. Sidney Crowley. Appellant's brief was originally due May 23, 2014**.** We have granted a total of 130 days extension of time to file appellant's brief until September 30, 2014. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed.  On October 6, 2014, we notice was sent the brief was past due.  On October 20, 2014, counsel filed a

further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order J. Sidney Crowley to file a brief with the clerk of this Court within 30 days of the date of this order. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM


Panel consists of Justices McCally, Brown, and Wise.